IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-31282
Summary Calendar
_____


SIDNEY MARTS,

                                        Petitioner-Appellant,


versus


CHARLES C. FOTI, JR., Sheriff, Orleans
Parish Criminal Sheriff's Office; HARRY
F. CONNICK, District Attorney, Orleans
Parish; RICHARD P. IEYOUB, Attorney
General, State of Louisiana,

                                        Respondents-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CV-2588-D
- - - - - - - - - -
April 15, 1996
Before HIGGINBOTHAM, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[1]

     Sidney Marts, a pretrial detainee in Orleans Parish Prison,
appeals the district court's dismissal without prejudice of his 28
U.S.C. § 2241 petition for federal habeas relief.  Before Marts can
seek relief for his present claims under § 2241, he must first
exhaust his state remedies, which he has not yet done.  See §
2241(c)(3); Dickerson v. Louisiana, 816 F.2d 220, 225 (5th Cir.),
cert. denied, 484 U.S. 956 (1987).

_____

[1]  Pursuant to Local Rule 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.